**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BASILIO AQUILES DEL VALLE** | : | |
| **PETITIONER** | : | **CASE NO. CR-04-107-025** |
| | : | |
| **V.** | : | **CIVIL NO** CA 06 88 |
| | : | |
| **UNITED STATES OF AMERICA** | : | **AFFIDAVIT OF:** |
| **RESPONDENT** | : | **BASILIO AQUILES DEL VALLE** |

**PETITIONER'S AFFIDAVIT**
**IN SUPPORT OF MOTION TO**
**VACATE, SET ASIDE OR CORRECT SENTENCE**
**PURSUANT TO 28 U.S.C. §2255**

NOW COMES Basilio Aquiles Del Valle, Petitioner affiant in the above captioned matter. And hereby depose and say pursuant to 28 U.S.C. §1746, under penalty of perjury, the following:

**1)** I am the same Basilio Aquiles Del Valle who was previously "defendant" in the above, captioned case, of the United States of America v. Basilio Aquiles Del Valle in the United States District Court, for the District of Rhode Island, case No.CR04-107-025.

**2)** I was represented by Benjamin A, Mesiti, Esq. 454 Broadway, Providence, RI 02909. Phone # (401) 751-3900.

**3)** Before entering a plea agreement I advise Counsel Messiti that I had a minor participation in the offense, that said operation

was initiate again my Cousin, Jose Gabriel Del Valle, and that I just accompany mu Cousin under his request the day of the offense.

**4)** My Counsel told me that he was going to request the minor participation in my behalf. He also advise me that, despite my Cousin was a Police Officer; I was not going to be charge with, any weapon charges, and my sentence will only cover, the facts that I will be pleading to, only.

**5)** With this advise in mind, I decided to plea guilty to the one Count information. Furthermore, my Cousin, told me that he was not going to be charge with the use of the fire arm in relation to the drug offense, that it was part of his plea.

**6)** On December 13 , 2004 I plead guilty to the one Count information, charging me with conspiracy to possess with intent to distribute, 500 grams but less than 2 kilograms of Cocaine, for a level 26 on the Guidelines. I didn't plea to any weapon charges, neither accept, any responsibility for weapons, in relation to a drug trafficking.

**7)** When I was presented with the PSI, I inquire with my Counsel as to why the Probation Officer was enhancing mu sentencing level with two points for the use of a firearm, in relation to a drug trafficking, if I was never charge with that. My Cousin, that was the Police Officer was never charge with the use of a weapon in relation to a drug trafficking. He did accept to be enhance by two points in his plea agreement for the weapon in exchange for the withdrawal of the weapon charge. But I didn't stipulate that on my plea.

**8)** Counsel make an objection as to the enhancement, but fail to properly argue the Issue under Booker, and Blakely, therefore the objection was overruled.

**9)** Counsel fail to request the Minor Participation, downward departure on my behalf. At Sentencing the Goverment gave a Statement on my behalf, compatible with a Minor Participation. But my Counsel didn't.

**10)** I requested my Counsel to Appeal my Sentence based, on the two points enhancement and to request the Minor Participation Role in the Offence. Counsel agree to Appeal, but never did. Therefore Petitioner believes that Counsel was Ineffective for all the above stated and that Counsels error prejudice Petitioner who would receive a lesser sentence if Counsel would properly advocate for him.

Accordingly Petitioner's, sentence should be vacated, and Petitioner should be re-sentence without any enhancement.

Respectfully Submitted

Basilio Del Valle

Basilio Aquiles Del Valle
Reg. No. 05519-070
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

Done this 16 day of Feb. ,2006