UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BASILIO AQUILES DEL VALLE
Petitioner, : CASE NO. CR04-107-02S

Vs. :

CA 06 88

UNITED STATES OF AMERICA
Respondant, :

MOTION FOR THE APPOINTMENT OF COUNSEL
AND APPLICATION TO PROCEED IN FORMA PAUPERIS,
ON APPEAL.

TO THE HONORABLED JUDGE OF SAID COURT:

COMES NOW, Basilio Aquiles Del Valle Petitioner in the above-entitled and number cause, and moves this Honorable Court to order the Appointment of Counsel to represent the Defendant, and to allow the defendant to proceed in this casue in Forma Pauperis, and in support of this motion would show as follows:

I.

That the petitioner is in all things unable to pay cost in these proceedings and unable to afford Counsel to represent himself. Petitioner has sworn to his poverty and incorporates the "Pauper's Affidavit" as Exhibit "A" and incorporates the sames by reference the same as if fully copied and set forth at length herein.

II.

The petitioner was able to file this motion with the assistance of a Jailhouse-Lawyer. This petitioner is not able to speak or read English language at all. There for the petitioner is not prepare to argue his own legal issue's on Court.

III.

The petitioner is not represented by Counsel and here by asserts his right to Counsel as afforded by the sixth Amendment of the Constitution of the United States.

IV.

Wherefore, promises considerd, petitioner prays this Honorable Court to grant this motion and issue an Order Appointing Counsel to represent petitioner, and grant petitioner any other further relief that this Court may deen appropiate in this cause.

Respectfully submitted on this the 16 day of Feb 2006

Basilio Del Valle

Defendant In Pro Se
Basilio Aquiles Del Valle
Reg. No. 05519-070
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887.

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

For the DISTRICT OF Rhode Island

Basilio Aquiles Delvalle

v.

United States of America

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: CR 04 107-02S

I, Basilio Aquiles DelValle, declare that I am the *(check appropriate box)*

- ☐ petitioner/plaintiff
- ☑ movant (filing 28 U.S.C. 2255 motion)
- ☐ respondent/defendant
- ☐ ____________ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Ineffective Assistance of Counsel.

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes ☐ No ☑
   b. Rent payments, interest or dividends? Yes ☐ No ☑
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☑
   d. Gifts or inheritances? Yes ☐ No ☑
   e. Any other sources? Yes ☑ No ☐

# PROOF OF SERVICE

I certify that on 2/16/06 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY"S OFFICE
DISTRICT OF RHODE ISLAND
FLEET CENTER
50 KENNEDY PLAZA, 8TH FLOOR.
PROVIDENCE, RI 02903

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 2/16/06 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Basilio Del Valle
Signature

Basilio Aquiles Del Valle
Reg. No. 05519-070
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887

Dated: 2/16/06

*J:\FORMS\BRFS-APP\Informal Brief Questionnaire.wpd*