UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BASILIO AQUILES DEL VALLE,<br>Petitioner, | : | |
| v. | : | CA 06-088 S |
| UNITED STATES OF AMERICA,<br>Respondent. | : | |

**ORDER APPOINTING COUNSEL**

Before the court is the Motion for the Appointment of Counsel and Application to Proceed in Forma Pauperis, on Appeal (Document #4) (the "Motion") of Petitioner Basilio Aquiles Del Valle ("Petitioner"). The Motion recites that Petitioner has been aided in its preparation by a "[j]ailhouse-[l]awyer," Motion at 2, that Petitioner "is not able to speak or read [the] English language at all," id., and that he "is not prepare[d] to argue his own legal issue[]s ...," id. The Motion further reflects that Petitioner is incarcerated in a federal correctional institution located in White Deer, Pennsylvania. Id.

As part of the Motion, Petitioner submitted an Application to Proceed in Forma Pauperis, Supporting Documentation and Order (the "Application"). In the Application, Petitioner indicates that he wishes to file a 28 U.S.C. § 2255 motion to challenge the sentence and/or conviction arising out of the prosecution in CR 04-107-02 S. See Application at 1. He further indicates in the Application that the basis for the challenge is ineffective assistance of counsel. See id.

After reviewing the Motion and the Application and taking into consideration Petitioner's inability to speak or read English, the location of his confinement, the complexity of the issue to be raised, and Petitioner's lack of financial resources, the court finds that the Motion should be GRANTED. Attorney

Robert D. Watt, Jr., is appointed to represent Petitioner in his claim for relief pursuant to 28 U.S.C. § 2255. The Clerk is directed to transmit to Mr. Watt copies of the Motion, the Application, the docket in CR 04-107-02 S, and this Order.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 6, 2006

BY ORDER:

Deputy Clerk