# BENJAMIN A. MESITI, ESQ.

ATTORNEY AT LAW

454 BROADWAY • PROVIDENCE, RI 02909

PHONE (401) 751-3900
FAX: (401) 751-8983


March 15, 2006

Re: Basilio DelValle

Dear Attorney Rose:

As per our telephone conversation I am writing you this letter to clarify my position regarding the matter of Basilio DelValle. It has been explained to me that Mr. DelValle has asserted that I have failed to file an appeal on his behalf after his instruction for me to do so. While I do recall advising Mr. DelValle that he had a right to appeal his case within 10 days of his sentencing, I was never instructed to file such an appeal. As I recall, this discourse was incident to a discussion regarding an objection to the Pre-Sentence Report which was to be argued in court. Further, I was never called by his family to meet at my office to discuss an appeal, I was never retained to file an appeal and we had never discussed the viability of such an appeal.

The first communication that I had with Mr. DelValle regarding filing an appeal was a letter that I had received from him in September, 2005 in which he stated that he had asked me to file an appeal on his behalf. He had sent two letters and I sent two responses. Attached are both responses that I had sent to Mr. DelValle. Since Mr. Devalle has asserted that I was ineffective as his counsel, the attorney-client privilege has been waived as to these items. Please contact me with any updates on this matter.

Respectfully,

Benjamin A. Mesiti, Esq.

Basilio DelValle
Reg.No. 05519-070
Allenwood Low Security Correctional Institution
P.O. Box 1000
White Deer, PA 17887-1000

September 16th, 2005

Dear Mr. DelValle,

This communication is in response to the letter you sent to me dated September 12, 2005. As you should recall, we had a very thorough discussion regarding your pre-sentence report and its contents, including your offense level, prior to the date of sentencing. There were some objections made prior to the sentencing, and those objections were argued in court. Throughout this process, you were very well aware that your offense level was calculated to be 23.

In your letter, you mention a discussion regarding an appeal. At no time did we discuss filing an appeal, nor did we have any discussion regarding any specific issues to file such an appeal. At no time did you or your family make any arrangements for my office to handle an appeal on your behalf.

With respect to the transcripts you requested, the court has not provided my office with them, nor are they required to. I would be more than happy to speak with your family about how they can obtain these transcripts directly from the court reporter, however, please know that there is a cost associated with obtaining such documentation.

I know that this has been a very difficult experience for you and that it has been physically and emotionally taxing on you and your family. I wish you the best of luck as you begin the rehabilitation process, and I hope that something positive can come from this experience. Enclosed are the documents that you requested (plea agreement and PSI.). You know that you and your family are always welcome to contact me regarding any issue.

Sincerely,

Benjamin A. Mesiti, Esq.

Basilio DelValle
Reg.No. 05519-070
Allenwood Low Security Correctional Institution
P.O. Box 1000
White Deer, PA 17887-1000

September 28th, 2005

Dear Mr. DelValle,

This communication is in response to the letter you sent to me dated September 22, 2005. I will once again explain that I was not told to file any appeal on your behalf by you or your family. In the event that such discussions had taken place, I would have informed you and your family that an appeal would have needed to be filed within ten (10) days of your sentencing. I would also have made arrangements to meet with your family to discuss the legal issues you would have had, if any. Again, I did not have any conversations of this nature with you or your family.

With respect to the PSI and other court documentation, I did send these with the last letter, however, they were sent back to me from the prison. You explain in your letter that the prison will reject these documents so, at your request, I will mail them to your family along with copies of the objections to the PSI that we had filed. I have an address of 2181 Grant Avenue, Apartment 4E Bronx, NY 10452 for your family. I will mail these documents to them promptly. If there are any other matters where I can be of assistance, please feel free to contact me.

Sincerely,

Benjamin A. Mesiti, Esq.