IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE
BASILIO AQUILES DEL VALLE
PETITIONER.

NO. CA06-88S

**PETITION FOR WRIT OF MANDAMUS AND MOTION TO COMPEL**

Petitioner, Basilio Aquiles Del Valle, Pro-Se hereby petitions this Honorable Court for Writ of Mandamus or Motion to Compel, directed at U.S. District Court Judge William E. Smith in the District of Rhode Island to:

(1) Compel the Government to respond to my motion under 28 U.S.C. §2255, as order by this Court on March 1, 2006, with no more delay.

(2) or in the alternative to grant my relief sought in my §2255.

**JURISDICTION**

The Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1361.

## STATEMENT OF THE CASE

On February 16, 2006, Petitioner file a claim pursuant to 28 U.S.C. §2255, for Ineffective Assistance of Counsel and sustantive issues.

On March 1, 2006, this Honorable Court after a review of said motion, order the Government to respond on or before March 21, 2006. (Attachment A).

Before March 21, 2006, Petitioner was extradite from Pennsylvania to New York via writ, by the Rhode Island District Attorney, and was requested to cooperate with an investigation related with the case at bar. Petitioner was advise by Prosecutor on Petitioner's own native language, that he will no be prosecuted for any information proved to the authorities. (See attachment B).

Petitioner did cooperate with the authorities as he agree with Mary E. Rogers Assistance U.S. Attorney, on March 24, 2006.

Petitioner was brought back to Allenwood and on October 17, 2006, requested an update on his case CA No. 06-885, as to no avail. The District Court didn't answer. (See attachment C).

Surprisingly, on November 27, 2006, Petitioner received a Notice from the Superior Court of State of Rhode Island, requiring the appearance of Petitioner to that Court on December 8, 2006 regarding an investigation, related with the information provided to the U.S. District Attorney Mary E. Rogers which she said it wasn't going to be use against me. (See attachment D and E).

On December 2, 2006, I filed a Notice by affidavit to the United States District Court of Rhode Island, regarding my §2255. Once again as to no avail, no answer was received from the District Court. (See attachment F).

**ARGUMENT AND AUTHORITIES IN SUPPORT THEREOF**

28 U.S.C. §2255 statute, reads in part:

> "unless the motion and the files and records of case conclusively show that the prisoner is entitled to no relief, the Court shall cause Notice thereof to be served upon the United States Attorney, grant a prompt hearing there on, determine the issues and make findings of fact and conclusions of Law with respect thereto."

Rules Governing Section §2255 procedures Rule 4. States in part:

> "Otherwise the judge shall order the United States Attorney to file an answer or other pleading within the period of time fixed by the Court or take such other action as the judge deems appropriate."

Petitioner believes that the Government has waive their right to answer the §2255 as order by this Honorable Court. Almost a year has past since this Honorable Court request the Government to answer. Despite this order the Government produce the appearance of petitioner in Rhode Island for other means, without, notifying this Honorable Court in order to have this §2255 motion resolved.

Petitioner believes that the Government has fail to carry its burden to answer. Therefore, the motion should be granted and Petitioner should be given its relief sought. If this Honorable Court in its own discretion, request the Government to answer, Petitioner will request that the Government explain, the consistence of

Petitioner cooperation with authorities and that the Government disclose this information to this Honorable Judge William E. Smith. Accordingly motion to compel should be granted.

Respectfully Submitted

BASILIO AQUILES DEL VALLE
REG. NO. 05519-070
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

Done this 15 day of February, 2007

# PROOF OF SERVICE

I certify that on 2/15/07 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

U.S. DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY
DISTRICT OF RHODE ISLAND
FLEET CENTER, 50 KENNEDY PLAZA, 8th FLOOR
PROVIDENCE, RI 02903

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 2/15/07 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Basilio Del Valle
Signature

Dated: 2/15/07

BASILI AQUILES DEL VALLE
REG. NO. 05519-070
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

*Rev. 09/05*