**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

et Center
Kennedy Plaza, 8th Floor
ovidence, Rhode Island 02903

(401) 528-5477
FAX (401) 528-5474

arzo 24, 2006

Re: <u>United States v. Basilio Aquiles DelValle</u>

Mr. DelValle:

Esta carta es para confirmar que usted esta de acuerdo para encontrarse con un representate de los Estado Unidos. Tambien es para confirmar Los terminos del proffer hecho por usted.

1. Ninguna declaracion, o informacion provedida por usted durante el proffer sera usado encontra de usted directo en el caso criminal provediendo que sus declaraciones sean verdadero y candido. Si no son, su declaracion y informacion pueden ser usado en contra de usted directo y en caso de perjurio, falso testimonio, obstrucion de justicia y en cualquier otro caso criminal en la cual eres subjeto de una investigation del gobierno y proffer.

2. En el evento que usted es un testigo y testifica differente de cualquier delaracion o informacion provedida al proffer, el gobierno puede usar su declaracion y informacion sin limite de confrontacion y de cross examinacion de usted.

3. El gobierno puede hacer derivaciones de su declaracion y informacion, provedida por usted. Esto quiere decir que el gobierno pueded persiquir cualquier investigacion de informaciones provedidas por sus declaraciones y informacion y esta libre para usar cualquiera evidencia or informacion que obtenga sin retricciones. Tambien quiere decir que usted no podra hacer allegaciones durante el jucio o otras procedientes que tal evidencia y informacion esta mala por el proffer.

Attachment B

4. Esta carta constituye el acuerdo total entre el gobierno y usted. Con su firma usted esta de acuerdo exclusivamente de sus terminos y condiciones expresada aqui.

Sincerely,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Yo eh leido esta carta y entiendo los terminos y condiciones presentadas y estoy de acuerdo con ellos.

Basilio Aquiles DelValle

Fecha: 3-24-06