BASILIO AQUILES DELVALLE
REG. NO.
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

OCTOBER 17, 2006

RE: BASILIO AQUILES DELVALLE V. U.S.A.
CASE NO. 06-88 S

Dear Clerk:

It is my desire to obtain an update on my appeal. I received an order of U.S. District Judge William E. Smith, requesting the Government to answer to my claim, by March 21, 2006. Up to now I haven't received the answer from the Government, neither further communication from the Court. Could you please send me a copy of a docket report of my claim, and let me know the status of my claim. Thank you for your assistance.

Respectfully Submitted

BASILIO AQUILES DELVALLE
REG. NO.

Attachment C