STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT CASE SCHEDULING OFFICE

# NOTICE OF COURT APPEARANCE

Date: November 27, 2006

**BASILIO DELVALLE**
**FEDERAL CORRECTIONS**
**ALLENWOOD, PA 17810**

Case Number(s): **K2-2006-0701B**

State vs. **BASILIO DELVALLE**

You are scheduled to appear at **KENT COUNTY SUPERIOR COURT** on **08-DEC-2006** at **09:30 AM** in **COURTROOM NO. 4D** for **ARRAIGNMENT** before **JUDGE RAGOSTA**. Please bring this notice to court with you. * THIS NOTICE MAY BE IN ADDITION TO OTHER NOTICES YOU HAVE RECEIVED AND DOES NOT SERVE TO VACATE ANY OTHER COURT DATES YOU MAY HAVE SCHEDULED.

Failure of a defendant to appear shall result in an arrest warrant being issued.

Kent Case Scheduling Office
222 Quaker Lane – Suite 400
Warwick, RI 02886
Telephone: 822-6923

**COURTHOUSE ADDRESSES:**

**KENT SUPERIOR COURT**
222 Quaker Lane – 4th Floor
Warwick, RI 02886
TDD# (Disability) 822-1607

**WASHINGTON SUPERIOR COURT**
4800 Tower Hill Road
Wakefield, RI 02879
Telephone: 782-4121

**NEWPORT SUPERIOR COURT**
45 Washington Square – 2nd Floor
Newport, RI 02840
Telephone: 841-8330

**PROVIDENCE SUPERIOR COURT**
250 Benefit Street
Providence, RI 02903
Telephone: 222-3250

Attachment D