BASILIO DELVALLE
REG. NO. 05519-070
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

DECEMBER 4, 2006

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATION
SUPERIOR COURT CASE SCHEDULING OFFICE
KENT COUNTY JUDICIAL COMPLEX
222 QUAKER LANE - SUITE 400
WARWICK, RHODE ISLAND 02886

RE: CASE No. K 2-2006-070IB

Dear Clerk:

I'd received a letter from this Court on December 1, 2006, dated November 27, 2006. It is a Notice of Appear, but the problem is that I'm incarcerated and it is not possible for me to be there; unless proper arrangements are made with the BOP, to provide my presence there. I will like to know what this case is about, I have no memory of ever been in this County before. But for some reason you have my name on record. Please send me copy of any accusation, or any document that might refresh my memory. Thank you for your assistance.

Respectfully to you

Basilio Del Valle
BASILIO DELVALLE
REG. NO. 05519-070

Attachment E