BASILIO DELVALLE
#05519-070
P.O. BOX 1000
WHITE DEER, PENNSYLVANIA
17887

INTRODUCTION LETTER

DECEMBER 2, 2006

TO WHOM IT MAY CONCERN:

attached please find a "NOTICE BY AFFIDAVIT". The Undersigned is attempting to get remedy and relief from a fraudulently enhanced sentence and thus far has had all efforts frustrated and "road-blocked" by the Plaintiff by and through their attorney who, knowing full well the Undersigned has made mistakes due to misrepresentations by him and the Undersigneds attorney of record intended to or having the unintended effect of defrauding the Undersigned. What the Undersigned has requested in the pending 2255 petition before the court is equitable and just as the Undersigned relied in good faith on the representations made by the Plaintiffs attorney as well as the Undersigneds attorney, both of whom misapplied or misinterpreted the law whether intentionally or by mistake the result has been the effecting of substantial rights. The Undersigned hopes and it is the Undersigneds sincerest intent to achieve amicable resolution as this conviction and sentence has taken a toll on the Undersigned as well as the Undersigneds loved ones such that agreement and mutual assent is much more desireable to the Undersigned. The Undersigned was as a matter of law and fact defrauded. It seems such a small consolation in contrast to the big picture to reduce the Undersigneds sentence to accurately reflect the crime and behavior of the Undersigned as opposed to "TRUMPED UP" enhanced which serve no other purpose other than to overbill and overcharge the Undersigned.

Thank you for your time and consideration.

Sincerely,

Basilio Del Valle

BASILIO AQUILES DELVALLE

Attachment F 1 of 3

MR. BASILIO AQUILES DELVALLE
REGISTER #05519-070
P.O. BOX 1000
WHITE DEER, PA- 17887

DECEMBER 2, 2006

NOTICE BY AFFIDAVIT

COUNTY OF UNION SS:
COMMONWEALTH OF PENNSYLVANIA

**RESPONDENT(S):**
THE UNITED STATES OF AMERICA
BY AND THROUGH THE APPROPRIATE U.S. ATTORNEY OR ASSISTANT

HONORABLE WILLIAM E. SMITH

c/o CLERK OF COURT
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVINCE, RHODE ISLAND 02903

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

IN RE: **Pending 2255 origanally filed early 2006 as of yet unanswered despite ample time for the plaintiff to do so and resulting prejudice and continued deprivation of liberty** case/claim# C.A. NO. 06-88S Cr. No. 04-107-02S

1. BASILIO AQUILES DEL VALLE comes to the court in good faith demanding that the plaintiff, THE UNITED STATES OF AMERICA, respond to this Undersigned Affiants (hererinafter Undersigned) 2255 petition to vacate, set aside, or correct sentence

2. there is no good cause for delay except to continue to detain the Undersigned in an effort to frustrate the Undersigneds effort to obtain relief and remedy for what has been arguably a fraudulently obtained conviction

3. on MARCH 21, 2006 a letter issued dated the same in which HONORABLE JUDGE WILLIAM E. SMITH **ORDERED** the Government to respond the the motion for relief on behalf of its client THE UNITED STATES OF AMERICA

4. as of **OCTOBER 17, 2006** the Undersigned **had not** received said response nor any other communication regarding said matters

5. todays date is **DECEMBER 2, 2006** a full 45 days past the time you allotted for responding to the Undersigneds petition

6. the Undersigned continues to languish in prison despite the fact that it has remained uncontroverted and uncontested that the Undersigneds sentence was erroneous and that there was fraud in the inducement as well as ineffectiveness

Attachment F 2 of 3

CONT'D

of counsel which is constructive denial of due process when coupled with the misrepresentations of the plaintiffs attorney used to induce the consent decree and resulting consent judgement that was used to blind the Court to the fraudulent unconstitutional actions of the attorneys

7. it is safe to say that if thus far no response has been forthcoming that no such response will be produced in the near future

8. for these reasons set forth herein the Undersigned demands summary judgement in favor of the Undersigned as set forth in aforementioned motion and set forth again below under "TERMS AND CONDITIONS OF NON-RESPONSE"

**The Plaintiff has ten days to respond by rebutting the affidavit which accompanied the 2255 motion submitted as well as submit a memorandum opposing the Undersigneds position.** Absent said response it is the Undersigneds best and considered opinion that there is no opposition to the Undersigneds motion or requests for remedy and relief. Upon the Plaintiffs failure to respond within the allotted time period the parties agree and the plaintiff stipulates that there are no factors in dispute and that the plaintiff supports the Undersigneds 2255 motion/petition and agrees that the court should grant the requested relief and/or remedy which is:

a. an **ORDER** remanding petitioner to the DISTRICT COURT for re-sentencing so that the Undersigned can enjoy his right to counsel on direct appeal

b. an **ORDER** remanding petitioner to the DISTRICT COURT to test the truth as to whether or not petitioner specifically requested counsel to appeal his sentence based on the firearms enhancement and resentence petitioner without said erroneous enhancement if no evidentiary hearing is necessary because there is absolutely no opposition or controversy the Undersigneds waives the request for that particular order as it becomes moot

c. if because so much time has passed that to resentence the Undersigned would effectively cause the Undersigneds obligation on this conviction to be satisfied the Undersigned asks for an **ORDER** that he be immediately deported and the remainder of the sentence vacated

the Undersigned waives court appearance if it is unnecessary to appear to receive remedy and relief immediately as requested herein.

The Undersigned looks forward to prompt resolution of this matter and looks forward to hearing from the court with regards to these matters within 14 days which allows enough time to determine whether the plaintiff intends to respond at all. **This entire documents contents are stated and affirmed as true, correct, and complete upon the Undersigneds full commercial liability and any response if any MUST BE in like form sworn true, correct, and complete upon the affiants full commercial liability and of that man or womans own knowledge. Absent a response as required there is mutual consent as to the granting of all orders requested herein.**

**FURTHER AFFIANT SAYETH NOT.**

**BASILIO DELVALLE**

12/5/06

NOTARY :

NOTARIAL SEAL
Christine R. Vandine, Notary Public
Gregg Twp., Union County
My commission expires February 9, 2008

signature

**commission expires**

[seal:]

Attchmnt 3 of 3