UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BASILIO AQUILES DEL VALLE | : | |
| | : | |
| v. | : | C.A. No. 06-088-S |
| | : | CR No. 04-107-02-S |
| UNITED STATES OF AMERICA | : | |

**GOVERNMENT'S RESPONSE TO PETITIONER'S PETITION FOR WRIT OF MANDAMUS AND MOTION TO COMPEL**

The government hereby responds to the Petitioner's Petition for Writ of Mandamus and Motion to Compel as follows.

On February 27, 2006 the Petitioner filed a Motion pursuant 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

On March 1, 2006 the Court Ordered the Government to respond to the Petition on or before March 21, 2006.

On March 21, 2006 the Government filed its response with the Court via electronic filing and forwarded a copy to the Petitioner via U.S. Mail.

It appears the Petitioner did not receive a copy of the Government's response and, therefore, on February 20, 2007 he filed a Petition for Writ of Mandamus and Motion to Compel, compelling a response to his Motion under 28 U.S.C. § 2255.

On February 27, 2007 the Government forwarded another copy of its Response to the Petitioner's Motion to Vacate, Set Aside and/or Correct Sentence pursuant to 28 U.S.C. § 2255 via U.S. Mail.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

_________________________________

RICHARD W. ROSE / RI Bar #4522
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: richard.rose@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this _____ day of February, 2007, I caused the within Government's Response to Petitioner's Petition for Writ of Mandamus and Motion to Compel to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

The following participants have received notice via U.S. Mail:

Robert D. Watt, Esq.
84 Ship Street
Providence, RI 02903

Basilio Aquiles Del Valle
Reg No. 05519-070
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887

_________________________________

RICHARD W. ROSE / RI Bar #4522
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: richard.rose@usdoj.gov