UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BASILIO DEL VALLE,
Plaintiff,

v. C.A. 06-088 S

UNITED STATES OF AMERICA,
Defendant.

ORDER

Basilio Del Valle's "petition for writ of mandamus and motion to compel" (Docket #10) is denied as moot. The Government timely responded to Del Valle's Section 2255 motion.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
U.S. District Judge
May 16, 2007