AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Delvalle v. USA

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA06-88S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Robert Douglas Watt, Jr. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 12, 2007 | Karen Wishnowsky | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/12/07 | | | W-1 Basilio Aquiles Delvalle |
| 1 | | 7/12/07 | ID | Full | Letter dated Sept. 12, 2005 |
| 2 | | 7/12/07 | ID | Full | Letter dated Sept. 16, 2005 |
| 3 | | 7/12/07 | | Full | Letter dated Sept. 22, 2005 |
| 4 | | 7/12/07 | ID | Full | Letter dated Sept. 28, 2005 |
| | | 7/12/07 | | | W-2 Elizabeth Delvalle |
| | | 7/12/07 | | | W-3 Benjamin Mesiti |
| 5 | | 7/12/07 | | Full | Letter dated March 15, 2006 |
| 6 | | 7/12/07 | | Full | Selected Criminal Justice Section Standards |
| 7 | | 7/12/07 | | Full | Rules of Professional Conduct |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.