# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

*Case No. CA06-88S*

*To: Warden*
*Allenwood Pennsylvania*
*Low FCI*

YOU ARE HEREBY COMMANDED, to have the **body** of **Basilio Aquilles Devalle**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, a[redacted] then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible] and return that
[illegible]
on the date and time [illegible]
Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: May 22, 2007.

Evidentiary Hearing

*By* ______________________
*William E. Smith, District Judge*
5/22/07